# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMEN DHYLLON, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : NO.   20-4593 |
| ALEX MICHAEL AZAR, II in his official capacity as the Secretary of Health and Human Services, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW**, this 22nd day of September, 2020, upon consideration of Plaintiff Amen Dhyllon's Motion to File Under Seal (Doc. No. 2), it is hereby **ORDERED** that the Motion is **PROVISIONALLY GRANTED** and Plaintiff may file his Appendix containing the administrative record under seal pending any response or objection by Defendant.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**